THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. MERCER HICKS CORPORATION et al., Defendants. GEORGE C. KIMBER et al., as Trustees under the Will of ANNE A. KIMBER, Deceased, Appellants; DANIEL J. RIESNER, as Receiver,

Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 566.]